DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@lrlaw.com
LINDSAY DEMAREE
Nevada Bar No. 11949
LDemaree@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-9398 (Fax)

MICHAEL D. ALPER (admitted *pro hac vice*)
Colorado Bar No. 34133
MATTHEW R. STEVENS (admitted *pro hac vice*)
Colorado Bar No. 42857
WHEELER TRIGG O'DONNELL LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
E-mail: alper@wtotrial.com
E-mail: stevens@wtotrial.com

Attorneys for Plaintiffs
*Great-West Life & Annuity Insurance Company
and Mediversal, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and MEDIVERSAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN ECONOMY INSURANCE COMPANY and COLORADO CASUALTY,<br><br>Defendants. | CASE NO: 2:11-cv-02082-KJD-CWH<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO DEFENDANTS AMERICAN ECONOMY INSURANCE COMPANY'S AND COLORADO CASUALTY'S COUNTERCLAIM AND ORDER**<br><br>[FIRST REQUEST] |

Plaintiffs Great-West Life & Annuity Insurance Company ("Great-West"), and Mediversal, Inc. ("Mediversal"), by and through their counsel, submit the following Unopposed

Motion for Enlargement of Time to File Answer To Defendants American Economy Insurance Company's and Colorado Casualty's Counterclaim. As grounds, Great-West and Mediversal state as follows:[1]

1. On December 23, 2011, Great-West filed its Complaint in this matter. (Doc. 1.)

2. On January 26, 2012, this Court granted the Stipulation and Order for Extension of Time for Defendant to Respond to Plaintiff's Complaint and for Plaintiff to File an Amended Complaint. (Doc. 5.)

3. On February 27, 2012, Great-West and Mediversal filed their Amended Complaint and Jury Demand. (Doc. 13.)

4. On March 19, 2012 Defendants filed Defendants American Economy Insurance Company and Colorado Casualty's Answer to Amended Complaint and Jury Demand; and Counterclaim ("Defendants' Answer and Counterclaim"). (Doc. 16.)

5. After the filing of Defendants' Answer and Counterclaim, counsel for the Parties discussed the elimination of certain issues in this matter, and are considering options to amend the pleadings or to enter into possible stipulations to narrow the scope of the claims and defenses in this action. A small amount of additional time is required for counsel to confer with their clients and attempt to reach an agreement that would eliminate certain issues or allegations.

6. Plaintiffs' Answer to Defendants' Answer and Counterclaim is due to be filed today, April 12, 2012. Plaintiffs' reaction to Defendants' Answer and Counterclaim is likely to be affected by the ongoing discussions pertaining to the elimination of certain issues or allegations in this action.

7. Accordingly, Plaintiffs request a seven-day enlargement of the time in which to file their Answer to Defendants' Answer and Counterclaim, up to and including April 19, 2012.

8. Defendants have informed Plaintiffs that they do not oppose the relief requested herein.

---

[1] Great-West and Mediversal certify they have conferred in good faith with counsel for Defendants regarding the relief requested herein. Defendants do not oppose the relief requested.

9. Prior to this request, the Parties have stipulated to and requested one prior enlargement of time for filing an amended complaint, as granted by this Court's January 26, 2012 Order, but there have been no prior requests for any extension of the instant deadline to answer the Counterclaim.

WHEREFORE, Great-West Life & Annuity Insurance Company and Mediversal, Inc. request the Court grant this Motion for Enlargement of Time to File Answer to Defendants Answer and Counterclaim; enlarge the deadline by which Great-West and Mediversal must file their Answer to Defendants' Counterclaim up to and including April 19, 2012; and for such other and further relief as this Court deems proper.

Dated: April 12, 2012

Respectfully submitted,

LEWIS AND ROCA LLP

By /s/ *Lindsay Demaree*
Darren Brenner  Nevada Bar No. 8386
Lindsay C. Demaree  Nevada Bar No. 11949
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

Michael D. Alper, Esq. *admitted pro hac vice*
Matthew R. Stevens, Esq. *admitted pro hac vice*

WHEELER TRIGG O'DONNELL LLP
1801 California Street, Suite 3600
Denver, Colorado 80202

*Attorneys for Plaintiff*
*Great-West Life & Annuity Insurance Company*
*and Mediversal, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of LEWIS AND ROCA LLP and that on the 12th day of April 2012, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO DEFENDANTS AMERICAN ECONOMY INSURANCE COMPANY AND COLORADO CASUALTY'S COUNTERCLAIM** was served on the parties to this case through electronic transmission of the Notice of Electronic Filing, which constitutes service of a document on Filing Users under the Court's Electronic Filing Procedures to all parties to this case who are Filing Users of the Electronic Filing System of the United States District Court for the District of Nevada.

/s/ Judy Estrada
An Employee of Lewis and Roca LLP