# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE CO., *et al.*, | Case No. 2:11-cv-02082-KJD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| AMERICAN ECONOMY INSURANCE CO., *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion to Seal (#47), filed January 16, 2013. The Court has reviewed the motion and finds there is good cause to seal the identified exhibits. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Seal (#47) is **granted**.

DATED this 16th day of January, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**