**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE CO., *et al.*,<br><br>           Plaintiff,<br><br>vs.<br><br>AMERICAN ECONOMY INSURANCE CO., *et al.*,<br><br>           Defendants. | Case No.  2:11-cv-02082-KJD-CWH<br><br>**ORDER** |

      This matter is before the Court on the parties' Stipulated Motion to Seal (#47), filed January 16, 2013. The Court has reviewed the motion and finds there is good cause to seal the identified exhibits. Accordingly,

      **IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Seal (#47) is **granted**.

DATED this 16th day of January, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**