# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREAT-WEST LIFE & ANNUITY
INSURANCE CO., *et al*.,

        Plaintiff,

vs.

AMERICAN ECONOMY INSURANCE
CO., *et al*.,

        Defendants.

Case No. 2:11-cv-02082-KJD-CWH

**ORDER**

    This matter is before the Court on Plaintiffs' Motion to Seal (#93), filed March 30, 2013. By way of the motion, Plaintiffs request that the supplemental information filed on March 29, 2013 (*see* Notice #92) be sealed. Plaintiffs represent that Defendants do not oppose sealing the documents in question, but would prefer that they be stricken.

    The Court has previously set forth the standards which govern sealing documents attached to discovery motions and will not restate those standards here. *See* Order (#76). After review, the Court agrees that there is good cause for the documents in question to be sealed. The documents will not be stricken. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal (#93) is **granted**.

    DATED this 1st day of April, 2013.

                                                           **C.W. Hoffman, Jr.**
                                                          **United States Magistrate Judge**