IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON &HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599

GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
Phone: (303) 298-5739
Fax: (303) 313-2829

Attorneys for Defendants/Counter-Plaintiffs,
AMERICAN ECONOMY INSURANCE COMPANY and
COLORADO CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and MEDIVERSAL, INC., <br><br> Plaintiffs-Counter-defendants, <br><br> v. <br><br> AMERICAN ECONOMY INSURANCE COMPANY and COLORADO CASUALTY INSURANCE COMPANY, <br><br> Defendants- Counter-Plaintiffs. | CASE NO. 2:11-cv-02082-APG-CWH <br><br> **STIPULATED MOTION TO CHANGE HEARING DATE ON SEALED MOTION [DKT. 96]** |

  Defendants/Counter-Plaintiffs American Economy Insurance Company and Colorado Casualty Insurance Company, and Plaintiffs/Counter-Defendants Great-West Life & Annuity Insurance Company and Mediversal, Inc., hereby stipulate and move that the Court change the

May 17, 2013 hearing date it originally set for the Sealed Motion [Dkt. 96] to May 15, 2013 at 2:30 p.m. – a date and time that Defendants' counsel have confirmed is available on Judge Hoffman's calendar.

In support of this stipulated motion, the parties state as follows:

1. By Minute Order [Dkt. 117] on May 7, 2013, the Court set a motion hearing on the Sealed Motion [Dkt. 96] for May 17, 2013 at 10:30 am.

2. Both of Defendants' counsel (Mr. Gillan and Mr. Kerwin) have pre-existing commitments for other matters on May 17. Therefore Mr. Kerwin contacted Judge Hoffman's Courtroom Administrator, Donna Smith, to check on possible alternative dates. Ms. Smith was able to confirm that Judge Hoffman can be available for this motion hearing on May 15, 2013 at 2:30 p.m. Mr. Kerwin also confirmed that Plaintiffs' counsel can be available on that alternative date and time.

3. Therefore, the parties stipulate and move that the Court change the date for the motion hearing on the Sealed Motion [Dkt. 96] to May 15, 2013 at 2:30 p.m.

WHEREFORE, the parties respectfully request that that the Court change the date for the motion hearing on the Sealed Motion [Dkt. 96] to May 15, 2013 at 2:30 p.m.

DATED this 8th day of May, 2013.

KOELLER NEBEKER CARLSON & HALUCK, LLP

By: _s/ Ian P. Gillan_
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV 89101

*Attorneys for Defendants/Counter-Plaintiffs, American Economy Insurance Company and Colorado Casualty Insurance Company*

GIBSON, DUNN & CRUTCHER LLP

By: _s/ Gregory J. Kerwin_
GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
1801 California Street, Suite 4200
Denver, Colorado 80202

*Attorneys for Defendants/Counter-Plaintiffs, American Economy Insurance Company and Colorado Casualty Insurance Company*

AKERMAN SENTERFITT LLP

By: _s/ Darren T. Brenner_
DARREN T. BRENNER
Nevada Bar No. 8386
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiffs/Counter-Defendants, Great-West Life & Annuity Insurance Company and Mediversal, Inc.*

By: _s/ Michael D. Alper_
MICHAEL D. ALPER, ESQ.
Pro Hac Vice
EVAN STEPHENSON, ESQ.
Pro Hac Vice
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202

*Attorneys for Plaintiffs/Counter-Defendants, Great-West Life & Annuity Insurance Company and Mediversal, Inc.*

## ORDER

IT IS SO ORDERED.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

Dated: May 9, 2013