# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREAT-WEST LIFE & ANNUITY INSURANCE CO., *et al.*,

        Plaintiff,

vs.

AMERICAN ECONOMY INSURANCE CO., *et al.*,

        Defendants.

Case No.  2:11-cv-02082-APG-CWH

**ORDER**

      On April 4, 2013, the undersigned conducted a hearing on several discovery motions.  *See* Mins. of Proceedings (#99).  The Court made its rulings on the record and instructed the parties to submit a joint proposed order.  Unable to perform this simple task, the parties submitted competing proposed orders without identifying the specific areas of disagreement.  The undersigned has reviewed the proposed orders, listened to the hearing, and reviewed the hearing transcript.  The proposed order submitted by Defendants accurately reflects the rulings made during the April 4 discovery hearing and will be entered separately.

      **IT IS SO ORDERED**.

      DATED: May 15, 2013.

                                            **C.W. Hoffman, Jr.**
                                            **United States Magistrate Judge**