# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE CO., *et al.*, | Case No. 2:11-cv-02082-APG-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| AMERICAN ECONOMY INSURANCE CO., *et al.*, | |
| Defendants. | |

On December 18, 2013, Defendants filed a Motion for Protective Order (#173) regarding a proposed Rule 30(b)(6) deposition. The Court has conducted a preliminary review of the motion and orders as follows:

1) The proposed Rule 30(b)(6) deposition is stayed pending resolution of Defendants' Motion (#173);

2) Plaintiffs' response is due on or before **Monday, December 23, 2013**;

3) Defendants' reply, if any, shall be filed on or before **12:00 p.m. on Friday, December 27, 2013**; and

4) The Court will hear argument regarding Defendants' Motion (#173) on December 30, 2013 at the same time it is scheduled to hear argument on Defendants' Motion to Compel (#138).

**IT IS SO ORDERED**

DATED: December 19, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**