# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE CO., *et al.*, | Case No. 2:11-cv-02082-APG-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| AMERICAN ECONOMY INSURANCE CO., *et al.*, | |
| Defendants. | |

This matter came before the undersigned on December 30, 2013 for hearing on is before the Court on Defendants' Motion for Discovery Sanctions (#138). The motion was granted in part and denied in part. Defendants' counsel was instructed to prepare and submit a proposed order reflecting the ruling made during the hearing. Prior to submission, the proposed order was circulated between the parties and their respective counsel. The parties were unable to agree on language for the proposed order and, therefore, each party submitted a proposed order. The undersigned has reviewed the audio and transcript of the December 30, 2013 hearing and finds that the proposed order submitted by Plaintiffs' counsel accurately reflects the rulings made during the hearing. Accordingly, the Court will enter the order submitted as an exhibit to docket entry (#192).

**IT IS SO ORDERED**.

DATED: February 13, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**