IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599

GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
Phone: (303) 298-5739
Fax: (303) 313-2829

Attorneys for Defendants/Counter-Plaintiffs,
AMERICAN ECONOMY INSURANCE COMPANY
and COLORADO CASUALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and MEDIVERSAL, INC., <br><br>　　　　Plaintiffs-Counter-defendants, <br><br>　v. <br><br>AMERICAN ECONOMY INSURANCE COMPANY and COLORADO CASUALTY INSURANCE COMPANY, <br><br>　　　　Defendants- Counter-Plaintiffs. | CASE NO. 2:11-cv-02082-APG-CWH <br><br>**STIPULATED MOTION REQUESTING THAT THE COURT PLACE UNDER SEAL PORTION OF EXHIBIT D TO DEFENDANTS' PARTIAL SUMMARY JUDGMENT MOTION (DKT. 210) AND GRANT LEAVE FOR DEFENDANTS TO FILE REPLACEMENT VERSION OF EXHIBIT D WITH REDACTIONS OF CONFIDENTIAL INFORMATION** <br><br>**ORDER** |

MOTION

Defendants/Counter-Plaintiffs American Economy Insurance Company and Colorado Casualty Insurance Company (collectively "AEI"), and Plaintiffs/Counter-Defendants Great-West Life & Annuity Insurance Company and Mediversal, Inc., hereby stipulate and request that the Court place under seal Exhibit D (Dkt. 210-12) to Defendants' motion for partial summary judgment filed

on April 7, 2014 (Dkt. 210), which consists of excerpts from the deposition of Bryce Kunimoto, a lawyer who defended Mediversal in the underlying Huynh Lawsuit. In place of that publicly filed Exhibit D, the parties request that the Court grant AEI leave to file a Substitute Exhibit D, which will have the same pages of Mr. Kunimoto's deposition except redactions will be made to pages 129 and 177.

The basis for this motion is that when AEI filed this motion for partial summary judgment (Dkt. 210) on April 7, 2014, its counsel and counsel for Plaintiffs overlooked the fact that the settlement amount in the underlying Huynh Lawsuit was included on page 177, line 24 of the Kunimoto deposition testimony attached as Exhibit D to that motion (Dkt. 210-12 at 28 line 24). In addition, counsel for the Holland & Hart firm (where Mr. Kunimoto works) have suggested that some confidential medical information about Mr. Huynh that is mentioned on page 129 line 20 not be included in the Court's public file.

As explained below, although the *Kamakana* principles call for filing key documents concerning dispositive motions in the Court's public file, the Court also has authority to allow the filing under seal of redacted pages to keep confidential information out of the public file.

WHEREFORE, in order to maintain the confidentiality of the settlement amount paid in the underlying case and some information about Mr. Huynh's medical condition, the parties respectfully request that the Court:

a. enter an order placing under seal Defendants' Exhibit D filed on April 7, 2014 at Dkt. 210-12, 1-30; and

b. grant AEI leave to file a replacement copy of that Exhibit D with redactions to pages 129 and 177.

## MEMORANDUM IN SUPPORT

In support of this Motion, AEI states as follows:

1.  Defendants filed their Motion for Partial Summary Judgment To Enter Judgment In Favor Of Defendants On Plaintiffs' Third, Fourth, Fifth, Sixth, And Seventh Claims For Relief on April 7, 2014 (Dkt. 210). Exhibit D (Dkt. 210-12) to that motion consists of excerpts from the deposition of Bryce Kunimoto, a lawyer who defended Mediversal in the underlying Huynh Lawsuit.

2.  When AEI filed this motion, its counsel and counsel for Plaintiffs overlooked the fact that the settlement amount in the underlying Huynh Lawsuit was included on page 177, line 24 of the Kunimoto deposition testimony attached as Exhibit D to that motion (Dkt. 210-12 at 28 line 24). In addition, counsel for the Holland & Hart firm (where Mr. Kunimoto works) have suggested that some confidential medical information about Mr. Huynh that is mentioned on page 129 line 20 not be included in the Court's public file.

3.  In place of that publicly filed Exhibit D, the parties request that the Court grant AEI leave to file a Substitute Exhibit D, which will be the same pages of Mr. Kunimoto's deposition except redactions will be made to pages 129 and 177 to block out confidential information.

4.  The Court should place Exhibit D (Dkt. 210-12) under seal and allow the filing of this substitute version of Exhibit D because the information on pages 129 and 177 contains confidential information concerning the settlement amount for the underlying Huynh Lawsuit, and medical information about Mr. Huynh.

5.  Under the *Kamakana* standard: "For a document filed with a dispositive motion, 'compelling reasons' must be shown to justify sealing the document." *Colato v. LeGrand*, No. 3:10–cv–00470–RCJ–VPC, 2011 WL 2651571 at *1 (D. Nev. July 5, 2011). "To the extent any confidential information can be easily redacted while leaving meaningful information available to the public, the Court must order that redacted versions be filed rather than sealing entire documents." *Aevoe Corp. v. AE Tech. Co.*, No. 2:12-cv-00053-GMN-NJK, 2014 WL 551563 (D. Nev. Feb. 7, 2014); *see also Allstate Insurance Company v. Balle*, No. 2:10-cv-02205-APG-NGK (D. Nev. Nov. 19, 2013) (same).

WHEREFORE, in order to maintain the confidentiality of the settlement amount paid in the underlying case and some information about Mr. Huynh's medical condition, the parties respectfully request that the Court:

a.   enter an order placing under seal Defendants' Exhibit D filed on April 7, 2014 at Dkt. 210-12, 1-30; and

b.   grant AEI leave to file a replacement copy of that Exhibit D with redactions to pages 129 and 177.

DATED April 23, 2014.

| KOELLER NEBEKER CARLSON & HALUCK, LLP | AKERMAN SENTERFITT LLP |
|---|---|
| By: _s/ Ian Gillan_  IAN P. GILLAN, ESQ. | By: _s/ Darren T. Brenner_  DARREN T. BRENNER |
| and | |
| GIBSON, DUNN & CRUTCHER LLP  _/s/ Gregory J. Kerwin_ .  *Attorneys for Defendants/Counter-Plaintiffs* | WHEELER TRIGG O'DONNELL LLP  _/s/ Evan Stephenson_ .  *Attorneys for Plaintiffs/Counter-Defendants* |

## **ORDER**

**IT IS SO ORDERED.**

Dated:  April 28, 2014.

_____
UNITED STATES DISTRICT JUDGE