DARREN T. BRENNER
Nevada Bar No. 8386
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  darren.brenner@akerman.com

MICHAEL D. ALPER (admitted *pro hac vice*)
Colorado Bar No. 34133
EVAN B. STEPHENSON (admitted *pro hac vice*)
Colorado Bar No. 37183
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:  (303) 244-1879
Email:  alper@wtotrial.com
Email:  stephenson@wtotrial.com

*Attorneys for Plaintiffs and Counter-Defendants*
*Great-West Life & Annuity Insurance Company*
*and Mediversal, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and MEDIVERSAL, INC.<br><br>                    Plaintiffs,<br><br>          vs.<br><br>AMERICAN ECONOMY INSURANCE COMPANY and COLORADO CASUALTY INSURANCE COMPANY,<br><br>                    Defendants.<br><hr>AND RELATED MATTERS. | CASE NO:  2:11-cv-02082-APG-CWH<br><br>**AMENDED STIPULATED MOTION REQUESTING THAT THE COURT PLACE UNDER SEAL EXHIBIT 9 TO PLAINTIFFS' SUMMARY JUDGMENT RESPONSE (DKT. # 232) AND MEMORANDUM OF LAW IN SUPPORT** |

## MOTION

Plaintiffs/Counter-Defendants Great-West Life & Annuity Insurance Company and

Mediversal, Inc. and Defendants/Counter-Plaintiffs American Economy Insurance Company and

Colorado Casualty Insurance Company hereby stipulate and request that the Court place under seal Exhibit 9 to Plaintiffs' response to Defendants' second motion for summary judgment, filed on May 16, 2014 (ECF No. 232). The exhibit contains deposition testimony revealing the settlement amount for the underlying *Huynh* litigation.

This Court previously granted a stipulation to seal another portion of one of Defendants' exhibits that revealed the same information. (ECF No. 223.)

As explained below, although the *Kamakana* principles call for filing key documents concerning dispositive motions in the Court's public file, the Court also has authority to allow the filing under seal of redacted pages to keep confidential information out of the public file.

WHEREFORE, in order to maintain the confidentiality of the settlement amount paid in the underlying case, the parties respectfully request that the Court enter an order placing under seal Exhibit 9 of Plaintiffs' response to Defendants' second motion for summary judgment (ECF No. 232).

## MEMORANDUM IN SUPPORT

In support of this Motion, Plaintiffs state as follows:

1.     Under the *Kamakana* standard: "For a document filed with a dispositive motion, 'compelling reasons' must be shown to justify sealing the document." *Colato v. LeGrand*, No. 3:10-cv-00470-RCJ-VPC, 2011 WL 2651571 at *1 (D. Nev. July 5, 2011).

Plaintiffs filed their response to Defendants' second motion for summary judgment on May 16, 2014 (ECF No. 232.) Exhibit 9 to that motion (ECF No. 232-9) consists of excerpts from the deposition of David Boldt.

2.     When Plaintiffs filed the response, counsel overlooked the fact that one of the pages of the Exhibit revealed the settlement amount for the underlying litigation. Undersigned counsel has not cited the page and line from the Exhibit in this public filing to avoid drawing unnecessary attention to the settlement amount. This Court has already ruled in past orders that the settlement amount meets the *Kamakana* standard.

1          WHEREFORE, in order to maintain the confidentiality of the settlement amount paid in the

2   underlying case, the parties respectfully request that the Court enter an order placing under seal

3   Exhibit 9 (ECF No. 232-9) of Plaintiffs' response to Defendants' second motion for summary

4   judgment (ECF No. 232)

5          Dated: July 1, 2014

6

7   KOELLER NEBEKER CARLSON                    WHEELER TRIGG O'DONNELL
    & HALUCK, LLP

8
    *s/Ian P. Gillan*                          *s/Evan Stephenson*
9   IAN P. GILLAN, ESQ. (NV Bar #9034)         MICHAEL D. ALPER, ESQ. (Pro Hac Vice)
    300 South Fourth Street, Suite 500         EVAN STEPHENSON, ESQ. (Pro Hac Vice)
10  Las Vegas, NV 89101                        Wheeler Trigg O'Donnell LLP
                                               370 17th Street, Suite 4500
11  Attorneys for *American Economy Insurance* Denver, CO 80202
    *Company and Colorado Casualty Insurance*  Attorneys for *Great-West Life & Annuity*
12  *Company*                                  *Insurance Company and Mediversal, Inc.*

13  GIBSON, DUNN & CRUTCHER LLP

14  *s/Gregory J. Kerwin*
15  GREGORY J. KERWIN, ESQ.
    (NV Bar #12417)
16  1801 California Street, Suite 4200
    Denver, Colorado 80202
17  Attorneys for *American Economy Insurance*
    *Company and Colorado Casualty Insurance*
18  *Company*

19

20                                   __ORDER__

21

22          **IT IS SO ORDERED.**

23

24          Dated:  July 1, 2014.

25

26  _____

27                          UNITED STATES DISTRICT JUDGE

28