IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON &HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:   (702) 853-5599

GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
Phone: (303) 298-5739
Fax: (303) 313-2829

Attorneys for Defendants/Counterclaim-Plaintiffs,
AMERICAN ECONOMY INSURANCE COMPANY and
COLORADO CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and MEDIVERSAL, INC.,<br><br>　　　　　Plaintiffs-Counter-defendants,<br><br>　v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY and COLORADO CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendants- Counter-Plaintiffs. | CASE NO. 2:11-cv-02082-APG-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIM IN THIS ACTION** |

　　　　Plaintiffs/Counter-Defendants Great-West Life & Annuity Insurance Company and Mediversal, Inc., and Defendants/Counter-Plaintiffs American Economy Insurance Company and Colorado Casualty Insurance Company, by and through their counsel, hereby stipulate that this action, together with all claims and counterclaims that have been or could have been

brought in this action, is hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

The Parties request that the Court approve this Stipulation and dismiss this action with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 4th day of March, 2015.

| KOELLER NEBEKER CARLSON & HALUCK, LLP | AKERMAN SENTERFITT LLP |
|---|---|
| By: *s/ Ian P. Gillan*<br>IAN P. GILLAN, ESQ.<br>Nevada Bar No. 9034<br>300 South Fourth Street, Suite 500<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants/Counterclaim-Plaintiffs, American Economy Insurance Company and Colorado Casualty Insurance Company* | By: *s/ Darren T. Brenner*<br>DARREN T. BRENNER<br>Nevada Bar No. 8386<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br><br>*Attorneys for Plaintiffs/Counterclaim-Defendants, Great-West Life & Annuity Insurance Company and Mediversal, Inc.* |
| GIBSON, DUNN & CRUTCHER LLP<br><br>By: *s/ Gregory J. Kerwin*<br>GREGORY J. KERWIN, ESQ.<br>Nevada Bar No. 12417<br>1801 California Street, Suite 4200<br>Denver, Colorado 80202<br><br>*Attorneys for Defendants/Counterclaim-Plaintiffs, American Economy Insurance Company and Colorado Casualty Insurance Company* | By: *s/ Michael D. Alper*<br>MICHAEL D. ALPER, ESQ.<br>Pro Hac Vice<br>EVAN STEPHENSON, ESQ.<br>Pro Hac Vice<br>Wheeler Trigg O'Donnell LLP<br>370 17th Street, Suite 4500<br>Denver, CO 80202<br><br>*Attorneys for Plaintiffs/Counterclaim-Defendants, Great-West Life & Annuity Insurance Company and Mediversal, Inc.* |

## **ORDER**

IT IS SO ORDERED.

_____
Andrew P. Gordon
United States District Judge

Dated: March 5, 2015.

101889923.1

2